# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TYRONE DOCK,

     *Petitioner*,

vs.

ROBERT LEGRAND, *et al.*,

     *Respondents*.

3:11-cv-00103-HDM-RAM

ORDER

     Petitioner's motion (#8) for enlargement of time is GRANTED *nunc pro tunc*, and the time for petitioner to respond to the show cause order is extended up to and including June 30, 2011.  The Court has construed the ambiguity in the motion in petitioner's favor. Petitioner requested an extension of 49 days from May 13, 2011 to May 31, 2011.

     DATED: June 7, 2011.

_____
HOWARD D. MCKIBBEN
United States District Judge