# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TYRONE DOCK,

    *Petitioner*,

vs.

ROBERT LEGRAND, *et al.*

    *Respondents*.

3:11-cv-00103-HDM-RAM

ORDER

Petitioner has not responded to the order (#5) directing that he show cause why the petition should not be dismissed with prejudice as untimely. Petitioner has not done so or otherwise responded. On the face of the record, the petition is time-barred. #5, at 2. The order informed petitioner that the entire petition would be dismissed with prejudice without further advance notice if he did not timely respond and, further, that counsel would not be appointed prior to a *pro se* response to the show cause order. #5, at 3 & 4.

IT THEREFORE IS ORDERED that the petition shall be DISMISSED with prejudice as untimely.

IT FURTHER IS ORDERED that petitioner's motion (#7) for appointment of counsel is DENIED.

IT FURTHER IS ORDERED that a certificate of appealability is DENIED.

IT FURTHER IS ORDERED, pursuant to Rule 4 of the Rules Governing Section 2254 Cases, that the Clerk of Court shall informally electronically serve a copy of this order -- along

1  with a copy of the show cause order (#5) and the petition (#6) -- in a manner consistent with
2  the Clerk's current practice, upon respondents by adding Nevada Attorney General Catherine
3  Cortez Masto as counsel for respondents and generating a notice of electronic filing to her
4  office.  **No response is required from respondents**.
5      The Clerk of Court shall enter final judgment accordingly against petitioner and in favor
6  of respondents, dismissing this action with prejudice.
7      DATED: August 22, 2011.

 

                                                         _____
10                                      HOWARD D. MCKIBBEN
                                    United States District Judge