AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

TYRONE DOCK,

      Petitioner,         JUDGMENT IN A CIVIL CASE
V.

                      CASE NUMBER: **3:11-CV-00103-HDM-RAM**

ROBERT LEGRAND, et al.,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition is **DISMISSED** with prejudice as untimely. Judgment is entered against petitioner and in favor of respondents.
    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

  August 23, 2011                                     **LANCE S. WILSON**
                                                                         Clerk

                                                                       /s/ D. R. Morgan
                                                                       Deputy Clerk